UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, an incapacitated person, by her guardian, Kristi Simkins; KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br>                    Defendant. | CASE NO. 2:23-cv-578<br><br>MINUTE ORDER RENOTING MOTION TO AMEND |

Plaintiffs Diane Simkins, Kristin Simkins, Patric Rogers, and Christer Persson filed a motion to amend their amended complaint on June 8, 2023. Dkt. Nos. 11, 14. On September 21, 2023, Plaintiffs filed a second motion to amend their amended complaint with a noting date of October 6, 2023. Dkt. No. 29. Plaintiffs requested that their first motion to amend be "subsumed" into their second. Dkt. No. 29 at 10. Accordingly, the Court renotes Plaintiffs' first motion to amend to October 6, 2023, so it may be considered with their second motion to amend.

It is so ORDERED.

Dated this 3rd day of October, 2023.

                                              Jamal N. Whitehead
                                              United States District Judge

MINUTE ORDER RENOTING MOTION TO AMEND - 2