THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, decedent, by her personal representative, Kristi Simkins; KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>　　　　　Defendants. | No. 2:23-CV-00578 JNW<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 29, 2023 |

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading to Second Amended Complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading to Second Amended Complaint is hereby GRANTED. Defendant is permitted until January 15, 2024, to file a responsive pleading to the Second Amended Complaint.

///

IT IS SO ORDERED.

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT - 1
(2:23-CV-00578 JNW)

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

DATED this 3rd day of January, 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Alexander M. Wu*
  Alexander M. Wu, WSBA #40649
  Rosa O. Ostrom, WSBA #55933
  999 Third Avenue, Suite 4600
  Seattle, WA 98104
  (206) 623-1745
  Email: alex.wu@hcmp.com;
  rosa.ostrom@hcmp.com

*Counsel for Defendant illumifin Corporation*

*ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT - 2*
(2:23-CV-00578 JNW)

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789