The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, decedent, by her personal representative, Kristi Simkins; KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>Defendants. | No. 2:23-CV-00578 JNW<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE AND RESET TRIAL AND TO EXTEND DEADLINES AND AMEND SCHEDULING ORDER |

**FIRST AMENDED SCHEDULING DATES**

Having reviewed the parties' Stipulated Motion to Vacate and Reset Trial and Extend Deadlines and Amended Scheduling Order, the Court hereby GRANTS the Motion, and sets the following amended trial and related dates:

| **EVENT** | **DATE** |
|---|---|
| JURY TRIAL begins | December 9, 2024 |
| Length of trial | *See* JSR |
| Deadline for joining additional parties | September 12, 2023 |

| EVENT | DATE |
|---|---|
| Deadline for amended pleadings | May 13, 2024 |
| Disclosure of expert testimony under Fed.R.Civ.P. 26(a)(2) | May 13, 2024 |
| Disclosure of rebuttal expert testimony under Fed.R.Civ.P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | June 11, 2024 |
| Discovery completed by | July 11, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | August 12, 2024 |
| Settlement conference under LCR 39.1(c)(2) ~~if requested by the parties~~, must be held not later than October 9, 2024 | |
| All motions in limine must be filed by (*see* LCR 7(d)) | October 29, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | November 18, 2024 |
| Agreed pretrial order due | November 18, 2024 |
| Trial briefs, proposed voir dire questions and proposed jury instructions must be filed by | November 25, 2024 |
| Pretrial conference | December 2, 2024 |

The Local Civil Rules set all other dates. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified

in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases.

**COOPERATION**

As required by LCR 37(a), all discovery matters should be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**EXHIBITS**

The parties must deliver one copy of their respective trial exhibits to Grant Cogswell, Courtroom Deputy, five (5) days before the trial date. Each exhibit must be clearly marked on the face of the exhibit. Each set of exhibits must be submitted in a three−ring binder with appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A−1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it.

In addition, no later than seven (7) days before the trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition ("OCR")

searchable text to Grant Cogswell, Courtroom Deputy. The parties should notify the court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 − Accident Scene Photo; Ex. A−1 – Email dated 4−03−23.

## SETTLEMENT

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

~~PROPOSED~~ ORDER GRANTING STIPULATED
MOTION TO VACATE AND RESET TRIAL AND TO
EXTEND DEADLINES AND AMEND SCHEDULING
ORDER

PRESENTED BY:

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Alexander M. Wu*
Alexander M. Wu, WSBA #40649
Rosa O. Ostrom, WSBA #55933
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 623-1745
Email: alex.wu@hcmp.com;
rosa.ostrom@hcmp.com

*Counsel for Defendant illumifin Corporation*

SHERMAN & HOWARD L.L.C.

By *s/ Melissa K. Reagan*
Melissa K. Reagan (*Pro Hac Vice*)
mreagan@shermanhoward.com
Tara Bailes (*Pro Hac Vice*)
tbailes@shermanhoward.com
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
(303) 297-2900

LANE POWELL PC

By *s/ Diane C. Babbitt*
Diane C. Babbitt, WSBA #17856
Tim Wackerbarth, WSBA #13673
Andrew G. Yates, WSBA #34239
1420 5th Ave Ste 4200
Seattle WA 98111-9402
babbittd@lanepowell.com
wackerbarthT@lanepowell.com
yatesA@lanepowell.com

*Counsel for New York Life Insurance Co.*

KELLER ROHRBACK L.L.P.

By *s/ Adam L. Rosenberg*
Adam L. Rosenberg, WSBA #39256
1201 Third Avenue Suite 3200
Seattle WA 98101
(206) 428-0615
arosenberg@kellerrohrback.com

*Counsel for Plaintiffs*

Dated this 5th of February 2024.

_____
Jamal N. Whitehead
United States District Judge

~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO VACATE AND RESET TRIAL AND TO EXTEND DEADLINES AND AMEND SCHEDULING ORDER