HON. JUDGE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, decedent, by her personal representative Kristi Simkins; KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>Defendants. | No. 2:23-cv-00578-JNW<br><br>STIPULATED ORDER ON DEFENDANT ILLUMIFIN CORPORATION'S MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF 30(B)(6) DEPOSITION<br><br>NOTE ON MOTION CALENDAR: June 25, 2024 |

COME NOW, the parties, Plaintiffs Diane Simkins, decedent, by her personal representative, Kristi Simkins, Kristi Simkins, Patric Rogers, and Christer Persson ("Plaintiffs"), and Defendant illumifin Corporation ("illumifin") (together, the "Parties"), through their undersigned attorneys, and hereby stipulate to Defendant's illumifin Corporation's Motion for Protective Order Limiting the Scope of 30(b)(6) Deposition as follows:

The Plaintiffs will limit the following topics as indicated:

STIPULATED ORDER ON DEFENDANT
ILLUMIFIN CORPORATION'S MOTION
FOR PROTECTIVE ORDER
(No. 2:23-cv-00578-JNW) - 1

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

58902688.1

| Topic 9 | Plaintiffs will not inquire about specific education and training information for subject employees. |
|---|---|
| Topic 14 | Plaintiffs withdraw. |
| Topic 16 | Plaintiffs withdraw. |
| Topic 17 | Plaintiffs will limit to January 1, 2016, to the present.<br><br>illumifin has agreed to provide general information regarding the salaries and bonuses of these types of employees. The parties agree that illumifin will not be required to provide specific compensation information. |
| Topic 18 | Plaintiffs withdraw. |
| Topic 21 | illumifin will not produce documents on this topic. illumifin has agreed to designate a representatives or representatives to testify who has knowledge of illumifin's general compensation plans including bonuses, compensation, incentives, or other incentives given or paid to claims representatives, claims managers or their supervisors from January 1, 2016 to the present. |
| Topic 23 | Plaintiffs will not inquire about contents of personnel files. |
| Topic 24 | Plaintiffs will not inquire relating to disciplinary history or the contents of any personnel file. |

STIPULATED ORDER ON DEFENDANT
ILLUMIFIN CORPORATION'S MOTION
FOR PROTECTIVE ORDER
(No. 2:23-cv-00578-JNW) - 2

**Ruiz & Smart LLP**
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

58902688.1

DATED: June 20, 2024

| KELLER ROHRBACK L.L.P. | SHERMAN & HOWARD L.L.C. |
|---|---|
| By: s/*Adam Rosenberg*<br>Adam Rosenberg, WSBA #39256<br>Keller Rohrback LLP<br>1201 Third Avenues, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>arosenberg@kellerrohrback.com | By: s/*Melissa K. Reagan*<br>Melissa K. Reagan (*Pro Hac Vice*)<br>Kellie Nelson Fetter (*Pro Hac Vice*)<br>675 Fifteenth Street, Suite 2300<br>Denver, Colorado 80202<br>Telephone: (303) 297-2900<br>mreagan@shermanhoward.com |
| *Counsel for Plaintiffs* | *Counsel for illumifin Corporation* |
| **RUIZ & SMART LLP** | **HILLIS CLARK MARTIN & PETERSON, P.S.** |
| By: s/*Isaac Ruiz*<br>Isaac Ruiz, WSBA #35237<br>Ruiz & Smart LLP<br>901 Fifth Avenue, Suite 820<br>Seattle, WA 98164<br>Telephone: (206) 203-9011<br>iruiz@ruizandsmart.com | By: s/*Melissa K. Reagan for*<br>Alexander Wu, WSBA #40649<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Telephone: (206) 623-1745<br>alex.wu@hsmp.com |
| *Counsel for Plaintiffs* | *Counsel for illumifin Corporation* |

STIPULATED ORDER ON DEFENDANT
ILLUMIFIN CORPORATION'S MOTION
FOR PROTECTIVE ORDER
(No. 2:23-cv-00578-JNW) - 3

RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

58902688.1

## **ORDER**

IT IS SO ORDERED.

In addition, Defendant Illumifin's motion for protective order, Dkt. No. 99, is stricken as moot without prejudice.

Dated this 21st day of June, 2024.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED ORDER ON DEFENDANT
ILLUMIFIN CORPORATION'S MOTION
FOR PROTECTIVE ORDER
(No. 2:23-cv-00578-JNW) - 4

Ruiz & Smart LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

58902688.1