THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, decedent, by her personal representative, Kristi Simkins, KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>　　　　　　　　　　Defendant. | Case No.  2:23-cv-00578-JNW<br><br>**STIPULATION AND ORDER FOR A LIMITED EXTENSION OF DISCOVERY** |

The undersigned parties hereby stipulate as follows and move this Court for an order continuing the discovery deadline in this matter.

**STIPULATION**

1.　The parties have been working cooperatively to complete discovery in a timely fashion, but due to scheduling challenges and its impact on expert and medical provider deposition scheduling, additional time is necessary to complete discovery.

2.　The parties agree that no new discovery will be initiated and that this extension is for the sole purpose of accommodating the calendars of expert witnesses and counsel.

3.　The parties do not anticipate that the proposed new discovery end date will impact the trial date of December 9, 2024.  Dkt. 60.

STIPULATION AND ORDER FOR A LIMITED
EXTENSION OF DISCOVERY - 1
Case No. 2:23-cv-00578-JNW

021670.0111/9795027.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

4. The parties therefore stipulate and agree to the following adjustments to the discovery deadline as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Discovery Completed by | July 11, 2024 | September 1, 2024 |

STIPULATION AND ORDER FOR A LIMITED
EXTENSION OF DISCOVERY - 2
Case No. 2:23-cv-00578-JNW

021670.0111/9795027.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: June 25, 2024

| | |
|---|---|
| RUIZ & SMART PLLC | LANE POWELL PC |
| By *s/ Isaac Ruiz* <br> William C. Smart, WSBA No. 8192 <br> Isaac Ruiz, WSBA No. 35237 <br> 1200 Fifth Ave. Suite 1220 <br> Seattle, WA 98101 <br> Telephone: 206-203-9100 <br> iruiz@ruizandsmart.com <br> wsmart@ruizandsmart.com | By *s/ Tim D. Wackerbarth* <br> Tim D. Wackerbarth, WSBA No. 13673 <br> Diane C. Babbitt, WSBA No. 17956 <br> Andrew G. Yates, WSBA No. 34239 <br> Matthew A. Stoloff, WSBA No. 54299 <br> 1420 Fifth Avenue, Suite 4200 <br> P.O. Box 91302 <br> Seattle, Washington 98111-9402 <br> Telephone: 206.223.7000 <br> wackerbartht@lanepowell.com <br> babbittd@lanepowell.com <br> yatesa@lanepowell.com <br> stoloffm@lanepowell.com |
| KELLER ROHRBACK LLP <br><br> Adam Rosenberg, WSBA No. 39256 <br> 1207 3rd Ave. Suite 3200 <br> Seattle, WA 98101-3052 <br> Telephone: 206-623-1900 <br> arosenberg@kellerrohrback.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant New York Life Insurance Company* |

SHERMAN & HOWARD L.L.C.

By *s/ Melissa K. Reagan*
   Melissa K. Reagan (*Pro Hac Vice*)
   Kellie N. Fetter (*Pro Hac Vice*)
   675 Fifteenth Street, Suite 2300
   Denver, Colorado 80202
   Telephone: (303) 297-2900
   mreagan@shermanhoward.com
   kfetter@shermanhoward.com

HILLIS CLARK MARTIN & PETERSON

   Alexander M. Wu, WSBA No. 40649
   Rosa O. Ostrom, WSBA No. 55933
   999 Third Avenue, Suite 4600
   Seattle, WA 98104
   (206) 623-1745
   alex.wu@hcmp.com
   rosa.ostrom@hcmp.com

*Attorneys for Defendant Illumifin Corporation*

STIPULATION AND ORDER FOR A LIMITED
EXTENSION OF DISCOVERY - 3
Case No. 2:23-cv-00578-JNW

021670.0111/9795027.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

THIS MATTER having come before the Court upon the stipulation of the Parties and the Court having considered the stipulated motion and the records and files of the case, the Court does hereby find good cause to order that the discovery deadline for the limited purposes of completing expert witness discovery is extended to September 1, 2024.

DATED this 2nd day of July, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER FOR A LIMITED
EXTENSION OF DISCOVERY - 4
Case No. 2:23-cv-00578-JNW

021670.0111/9795027.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107