The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, a deceased person appearing through her personal representative, Kristi Simkins; KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY et al.,<br><br>Defendant. | No. 2:23-cv-00578-JNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS CHALLENGING EXPERT WITNESS TESTIMONY** |

The Parties respectfully stipulate and jointly move the Court for an Order extending the deadline to file motions challenging expert witness testimony. It is currently set for August 12, 2024. The Parties respectfully request a forty-five (45) day extension, to September 26, 2024, for the reasons stated below.

## I.   RECITALS

**WHEREAS,** the parties are continuing to depose experts from around the country at mutually-scheduled times and locations; and

**WHEREAS**, summary judgment remains pending, which may alter or narrow the anticipated scope of issues; and

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE
MOTIONS CHALLENGING EXPERT WITNESS TESTIMONY

(2:23-cv-00578-JNW)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**WHEREAS**, the parties wish to develop a complete record as they prepare expert-related motions; and

**WHEREAS**, being forced to bring expert-related motions before completion of their depositions and a ruling on summary judgment could lead to costly litigation of unnecessary issues and arguments directed at misunderstandings that could have been dispelled through testimony; and

**WHEREAS**, the parties believe that an extension of the current deadline by forty-five (45) day, to September 26, 2024, is likely to ameliorate these potential problems and avoid needless burdens on the parties and Court.

## II. STIPULATION

Based on the above recitals, the parties stipulate and agree that there is good cause to modify the case scheduling order; specifically, by extending the deadline to file motions challenging expert testimony by 45 days, to September 26, 2024.

**SO STIPULATED** this 9th day of August 2024.

| KELLER ROHRBACK, L.L.P. | LANE POWELL, PC |
|---|---|
| By: *s/ Adam Rosenberg*<br>    Adam Rosenberg, WSBA #39256<br>    Keller Rohrback, LLP<br>    1201 3rd Ave, Suite 3400<br>    Seattle, WA 98101<br>    Telephone: (206) 428-0615<br>    arosenberg@kellerrohrback.com<br><br>    William C. Smart, WSBA #8192<br>    Isaac Ruiz, WSBA #35237<br>    Ruiz & Smart LLP<br>    1200 Fifth Avenue, Suite 1220<br>    Seattle, WA 98101<br>    Telephone: (206) 203-9011<br>    wsmart@ruizandsmart.com<br>    iruiz@ruizandsmart.com<br>    ***Attorneys for Plaintiffs*** | By: *s/ Diane Babbitt*<br>    Diane C. Babbitt, WSBA #17856<br>    Tim Wackerbarth, WSBA #13673<br>    Andrew G. Yates, WSBA #34239<br>    Matthew A. Stoloff, WSBA #54299<br>    1420 Fifth Avenue, Suite 4200<br>    P.O. Box 91302<br>    Seattle, Washington 98111-9402<br>    Telephone: (206) 223-7000<br>    wackerbartht@lanepowell.com<br>    yatesa@lanepowell.com<br>    ***Attorneys for Defendant New York Life Insurance Company*** |

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS CHALLENGING EXPERT WITNESS TESTIMONY

(2:23-cv-00578-JNW)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

HOLLAND & HART, LLP

By: *s/ Melissa K. Reagan*
   Melissa Reagan *(Pro Hac Vice)*
   Holland & Hart, LLP
   555 17th Street, Unit 2300
   Denver, CO 80202
   MKReagan@hollandandhart.com
   **Attorneys for Defendant illumifin**

### III.   ORDER

**THIS MATTER** having come before the Court upon the stipulation of the Parties and the Court having considered the stipulated motion and finding good cause, hereby extends the deadline to file motions challenging expert witness testimony to September 26, 2024.

**DATED** this 14th day of August, 2024.

*[signature]*
Jamal N. Whitehead
United States District Judge

**PREPARED AND PRESENTED BY:**

KELLER ROHRBACK, L.L.P.                LANE POWELL, PC

By: *s/ Adam Rosenberg*                By: *s/ Diane Babbitt*
   Adam Rosenberg, WSBA #39256            Diane C. Babbitt, WSBA #17856
   Keller Rohrback, LLP                   Tim Wackerbarth, WSBA #13673

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS CHALLENGING EXPERT WITNESS TESTIMONY

(2:23-cv-00578-JNW)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1201 3rd Ave, Suite 3400<br>Seattle, WA 98101<br>Telephone: (206) 428-0615<br>arosenberg@kellerrohrback.com<br><br>William C. Smart, WSBA #8192<br>Isaac Ruiz, WSBA #35237<br>Ruiz & Smart LLP<br>1200 Fifth Avenue, Suite 1220<br>Seattle, WA 98101<br>Telephone: (206) 203-9011<br>wsmart@ruizandsmart.com<br>iruiz@ruizandsmart.com<br>***Attorneys for Plaintiffs*** | Andrew G. Yates, WSBA #34239<br>Matthew A. Stoloff, WSBA #54299<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: (206) 223-7000<br>wackerbartht@lanepowell.com<br>yatesa@lanepowell.com<br>***Attorneys for Defendant New York Life Insurance Company*** |

HOLLAND & HART, LLP


By: *s/ Melissa K. Reagan*
     Melissa Reagan *(Pro Hac Vice)*
     Holland & Hart, LLP
     555 17th Street, Unit 2300
     Denver, CO 80202
     MKReagan@hollandandhart.com
     ***Attorneys for Defendant illumifin***

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE
MOTIONS CHALLENGING EXPERT WITNESS TESTIMONY

(2:23-cv-00578-JNW)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all attorneys of record.

Signed at Seattle, Washington this 9th day of August 2024.

/s/ Adam Rosenberg
Adam Rosenberg, WSBA #39256
Keller Rohrback L.L.P.
1201 Third Avenue Suite 3400
Seattle WA 98101
206.623.1900
arosenberg@kellerrohrback.com

4879-9016-9815, v. 1

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS CHALLENGING EXPERT WITNESS TESTIMONY

(2:23-cv-00578-JNW)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384