Case 2:23-cv-00578-JNW   Document 126   Filed 09/26/24   Page 1 of 5

The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, decedent, by her personal representative, Kristi Simkins; KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>Defendants. | No. 2:23-CV-00578 JNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO HOLD A SETTLEMENT CONFERENCE**<br><br>Noted For Hearing: September 25, 2024 |

The parties respectfully stipulate and jointly move the Court for an Order extending the deadline to hold the settlement conference. The deadline to hold the settlement conference is currently set for October 9, 2024. The Parties respectfully request an extension to and including November 11, 2014 within which to hold the settlement conference, for the reasons stated below.

I.     RECITALS

1.     An Amended Order Setting Trial and Related Dates was issued in this matter on February 5, 2024 (the "Amended Scheduling Order") (Doc. 60). The Amended Scheduling Order states that the settlement conference under LCR 39 1(c)(2) must be held not later than October 9, 2024. *See* Amended Scheduling Order p. 2

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO HOLD A SETTLEMENT CONFERENCE

2.     The parties worked diligently to agree on a mediator and to schedule a mediation.

3.     The parties agreed to mediate before Theresa Wakeen.  November 11, 2014 was the first date Ms. Wakeen had available that also worked for all of the parties.  Thus, the parties have reserved November 11, 2024 for the mediation of this matter.   Despite their efforts, the parties were unable to find a mediator with an earlier day available that worked for all of the parties and their counsel.

4.     Therefore, the Parties respectfully request that the Court extend deadline for the settlement conference to and including November 11, 2015 days to allow the parties to proceed with the mediation. A proposed order is submitted contemporaneously with this Motion.

5.     This is the second request for an extension of time to the deadlines in the Amended Scheduling Order by any party. The Parties previously requested an extension to the deadline to file motions challenging expert witness testimony (Doc. 111). The Court granted this request on August 14, 2024. (Doc. 115). There will be no prejudice to the Court allowing the requested extension.

## II.     STIPULATION

For the foregoing reasons, the parties stipulate and agree that there is good cause for the Court extend the deadline to hold the settlement conference to and including November 11, 2024.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO HOLD A SETTLEMENT CONFERENCE

1  **SO STIPULATED** this 25th day of September, 2024,

By: *s/ Adam Rosenberg*
Adam Rosenberg, WSBA #39256
Keller Rohrback, LLP
1201 3rd Ave, Suite 3400
Seattle, WA 98101
Telephone: (206) 428-0615
arosenberg@kellerrohrback.com


William C. Smart, WSBA #8192
Isaac Ruiz, WSBA #35237
Ruiz & Smart LLP
1200 Fifth Avenue, Suite 1220
Seattle, WA 98101
Telephone: (206) 203-9011
wsmart@ruizandsmart.com
iruiz@ruizandsmart.com
**Attorneys for Plaintiffs**

By: *s/ Melissa K. Reagan*
Melissa Reagan *(Pro Hac Vice)*
Holland & Hart, LLP
555 17th Street, Unit 2300
Denver, CO 80202
MKReagan@hollandandhart.com
**Attorneys for Defendant illumifin**

By: *s/ Diane Babbitt*
Diane C. Babbitt, WSBA #17856
Tim Wackerbarth, WSBA #13673
Andrew G. Yates, WSBA #34239
Matthew A. Stoloff, WSBA #54299
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98111-9402
Telephone: (206) 223-7000
wackerbartht@lanepowell.com
yatesa@lanepowell.com
**Attorneys for Defendant New York Life Insurance Company**

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO HOLD A SETTLEMENT CONFERENCE

### III.   ORDER

**THIS MATTER** having come before the Court upon the stipulation of the Parties and the Court having considered the stipulated motion and finding good cause, hereby extends the deadline to hold the settlement to and including November 11, 2024.

**DATED** this 26th day of September, 2024.

_____
Jamal N. Whitehead
United States District Judge

**PREPARED AND PRESENTED BY**:

| KELLER ROHRBACK, L.L.P | LANE POWELL, P.C. |
|---|---|
| By: _s/ Adam Rosenberg_<br>Adam Rosenberg, WSBA #39256<br>Keller Rohrback, LLP<br>1201 3rd Ave, Suite 3400<br>Seattle, WA 98101<br>Telephone: (206) 428-0615<br>arosenberg@kellerrohrback.com | By: _s/ Diane Babbitt_<br>Diane C. Babbitt, WSBA #17856<br>Tim Wackerbarth, WSBA #13673<br>Andrew G. Yates, WSBA #34239<br>Matthew A. Stoloff, WSBA #54299<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, Washington 98111-9402<br>Telephone: (206) 223-7000<br>wackerbartht@lanepowell.com<br>yatesa@lanepowell.com<br>***Attorneys for Defendant New York Life Insurance Company*** |
| William C. Smart, WSBA #8192<br>Isaac Ruiz, WSBA #35237<br>Ruiz & Smart LLP<br>1200 Fifth Avenue, Suite 1220<br>Seattle, WA 98101<br>Telephone: (206) 203-9011<br>wsmart@ruizandsmart.com<br>iruiz@ruizandsmart.com<br>***Attorneys for Plaintiffs*** | |

HOLLAND & HART, LLP

By: _s/ Melissa K. Reagan_
Melissa Reagan *(Pro Hac Vice)*
Katherine D. Varholak *(Pro Hac Vice)*
Holland & Hart, LLP
555 17th Street, Unit 2300
Denver, CO 80202
MKReagan@hollandandhart.com

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO HOLD A SETTLEMENT CONFERENCE

*Attorneys for Defendant illumifin*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2024, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTEND THE DEADLINE TO HOLD A SETTLEMENT CONFERENCE** was electronically filed with the Clerk of the Court using the CM/ECF system which electronically served a copy of such filing to all attorneys of record.

                                              */s/ Chelsea M. Beisel*
                                              Chelsea M. Beisel, Legal Assistant