UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS,<br><br>    Plaintiff,<br><br> v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>    Defendants. | CASE NO. 2:23-cv-578<br><br>ORDER TO SHOW CAUSE |

  The Court raises this matter on its own accord.

  On November 15, 2024, the parties filed a notice of settlement of all claims. Dkt. No. 122. In response, the Court struck all pending deadlines and ordered them to file a stipulated order of dismissal or joint status report within thirty days explaining their progress toward perfecting settlement. Dkt. No. 184. Thirty days have passed and the parties have not complied with the Court's Order. *See* Dkt. Such non-compliance is grounds for sanctions.

  The Court ORDERS the parties to file a status report updating the Court about the parties' progress towards final resolution and showing cause as to why

**ORDER** TO SHOW CAUSE - 1

sanctions should not be imposed for failure to comply with the Court's earlier Order. This status report is due no later than December 30, 2024.

It is so ORDERED.

Dated this 20th day of December, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2