THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE SIMKINS, decedent, by her personal representative, Kristi Simkins, KRISTI SIMKINS and PATRIC ROGERS; and CHRISTER PERSSON<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and ILLUMIFIN CORPORATION, a foreign profit corporation,<br><br>Defendants. | Case No. 2:23-cv-00578-JNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by all parties, by and through their counsel of record, that all claims in this case be dismissed with prejudice and without award of fees and costs to any party.

DATED this 20th day of December 2024.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:23-cv-00578-JNW

444444.1882/9971667.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

LANE POWELL PC

By:  s/Tim D. Wackerbarth
Tim D. Wackerbarth, WSBA No. 13673
Andrew G. Yates, WSBA No. 34239
Diane C. Babbitt, WSBA No. 17956
Matthew A. Stoloff, WSBA No. 54299
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98111-9402
Telephone:  206.223.7000
wackerbartht@lanepowell.com
yatesa@lanepowell.com
babbittd@lanepowell.com
stoloffm@lanepowell.com
*Attorneys for Defendant New York Life Insurance Company*

HOLLAND & HART LLP

By: *s/Melissa K. Reagan*
Melissa K. Reagan (Pro Hac Vice)
Katherine D. Varholak (Pro Hac Vice)
555 Seventeenth St., Suite 3200
Denver, Colorado  80202
(303)295-1606
mkreagan@hollandhart.com
kdvarholak@hollandandhart.com
*Attorneys for Defendant illumifin Corporation*


HILLIS CLARK MARTIN & PETERSON P.S.


By *s/Alexander M. Wu*
Alexander M. Wu, WSBA #40649
Rosa O. Ostrom, WSBA #55933
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 623-1745
alex.wu@hcmp.com
rosa.ostrom@hcmp.com
*Attorneys for Defendant illumifin Corporation*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
Case No. 2:23-cv-00578-JNW

444444.1882/9971667.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

|   |   |
|---|---|
| 1 | RUIZ & SMART LLP |
| 2 | By: *s/Issac Ruiz* |
|   | Issac Ruiz, WSBA #35237 |
| 3 | iruiz@ruizandsmart.com |
| 4 | KELLER ROHRBACK L.L.P. |
| 5 |   |
|   | By: *s/Adam Rosenberg* |
| 6 | Adam Rosenberg, WSBA 39256 |
|   | arosenberg@kellerrohrback.com |
| 7 |   |
| 8 | *Attorneys for Plaintiffs* |

### ORDER

This matter having come before the Court upon the parties' stipulation to dismiss this case with prejudice, it is hereby ORDERED, ADJUDGED AND DECREED that all claims in this case are hereby dismissed with prejudice and without award of fees or costs to any party.

DATED this 23rd day of December 2024

*/s/ Jamal Whitehead/*

THE HONORABLE JAMAL N. WHITEHEAD

Presented by:

LANE POWELL PC

By: *s/Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
Andrew G. Yates, WSBA No. 34239
Diane C. Babbitt, WSBA No. 17956
Matthew A. Stoloff, WSBA No. 54299
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98111-9402
Telephone:  206.223.7000
wackerbartht@lanepowell.com
yatesa@lanepowell.com
babbittd@lanepowell.com
stoloffm@lanepowell.com
*Attorneys for Defendant New York Life Insurance Company*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
Case No. 2:23-cv-00578-JNW

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

444444.1882/9971667.1

HOLLAND & HART LLP

By: *s/Melissa K. Reagan*
Melissa K. Reagan (Pro Hac Vice)
Katherine D. Varholak (Pro Hac Vice)
555 Seventeenth St., Suite 3200
Denver, Colorado 80202
(303)295-1606
mkreagan@hollandhart.com
kdvarholak@hollandandhart.com
*Attorneys for Defendant illumifin Corporation*

ILLIS CLARK MARTIN & PETERSON P.S.

By *s/Alexander M. Wu*
Alexander M. Wu, WSBA #40649
Rosa O. Ostrom, WSBA #55933
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 623-1745
alex.wu@hcmp.com
rosa.ostrom@hcmp.com
*Attorneys for Defendant illumifin Corporation*

RUIZ & SMART LLP

By: *s/Issac Ruiz*
Issac Ruiz, WSBA #35237
iruiz@ruizandsmart.com

KELLER ROHRBACK L.L.P.

By: *s/Adam Rosenberg*
Adam Rosenberg, WSBA 39256
arosenberg@kellerrohrback.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4
Case No. 2:23-cv-00578-JNW

444444.1882/9971667.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107